UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



FILED
JAMES J. VILT, JR. - CLERK
NOV 19 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**CALVIN ALLEN**

INDICTMENT

NO. 3:25-CR-171-CHB

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Distribution of Fentanyl)*

On or about May 14, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Fentanyl)*

On or about May 21, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, knowingly and intentionally distributed 40 grams or

more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 3
### (Distribution of Fentanyl)

On or about June 3, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 4
### (Distribution of Fentanyl)

On or about June 11, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 5
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about June 11, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 6
*(Distribution of Fentanyl)*

On or about July 2, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

## COUNT 7
*(Distribution of Fentanyl)*

On or about August 14, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 8
*(Distribution of Fentanyl)*

On or about August 28, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 9
*(Distribution of Fentanyl)*

On or about October 10, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CALVIN ALLEN**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

Case 3:25-cr-00171-CHB-RSE   Document 1   Filed 11/19/25   Page 5 of 7 PageID #: 40

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1), as specifically charged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **CALVIN ALLEN**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations (including but not limited to all firearms and ammunition).

As a result of committing an offense in violation of Title 18, United States Code, Section 924(c) as specifically charged in this Indictment, the defendant, **CALVIN ALLEN**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses.

A TRUE BILL.

*/s/ Kyle Bumgarner*

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:ER:11/19/2025

UNITED STATES OF AMERICA v. **CALVIN ALLEN**

## PENALTIES

Counts 1-4,7-9:   NL 5 yrs./NM 40 yrs./$1,000,000/both/NL 4yrs. Supervised Release (each count)
                  (NL 10 yrs./NM Life/$2,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction)
Count 5:          NL 5 years consecutive/$250,000/both/NM 5 yrs. Supervised Release
Count 6:          NM 20 yrs./$1,000,000/both/NL 3yrs. Supervised Release
                  (NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release with notice of one prior conviction)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | | Felony: | |
|---|---|---|---|---|
|  | $ 25 per count/individual | | $100 per count/individual | |
|  | $125 per count/other | | $400 per count/other | |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613
    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.